# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**BMO HARRIS BANK N.A.,**

    **Plaintiff,**

**v.**                                                                                             **No. 20-cv-0229 GJF/SMV**

**BRENT BUTTRAM and REVA BUTTRAM,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On April 10, 2020, Defendant Brent Buttram filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, thereby triggering an automatic stay in this separate civil action. *See* 11 U.S.C. § 362; [Doc. 6] at 1. In Defendant Brent Buttram's bankruptcy case, an order was issued on July 20, 2020, discharging him. *In re Brent Layne Buttram*, No. 20-10778-t7, [Doc. 46]. Thus, on July 20, 2020, it appears that the automatic stay in this matter terminated. *See* 11 U.S.C. § 362(c)(2)(C). However, Plaintiff has taken no further action to pursue its claims.

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **March 26, 2021**, why the bankruptcy stay is not lifted and why Plaintiff should not immediately serve Defendant Brent Buttram.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**