IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BMO HARRIS BANK N.A.,

    Plaintiff,

v.                                                         No. 20-cv-0229 MV/SMV

BRENT BUTTRAM and REVA BUTTRAM,

    Defendants.[1]

## MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment Against Defendant Reva Buttram and Declarations and Affidavit in support of the Motion [Docs. 22–25], filed on May 14, 2021. The Honorable Martha Vázquez, United States District Judge, referred this matter to me for analysis and a recommended disposition. [Doc. 26].

The Clerk filed the Entry of Default as to Defendant Reva Buttram on March 29, 2021. [Doc. 19]. After entry of default, it remains for the court to consider whether the unchallenged facts constitute a legitimate basis for the entry of a judgment. *Purzel Video GmbH v. Martinez*, 13 F. Supp. 3d 1140, 1148 (D. Colo. 2014). Based on the facts alleged in Plaintiff's Complaint and Motion for Default Judgment, including its declarations and affidavit, [Docs. 1, 22−25], I find that:

This Court has subject matter and personal jurisdiction over this case and the parties.

Default has been entered against Defendant Reva Buttram. [Doc. 19].

---

[1] Defendant Brent Buttram was voluntarily dismissed from this action on March 26, 2021. [Doc. 15].

**IT IS THEREFORE RESPECTFULLY RECOMMENDED** that:

(1) Plaintiff's Motion [Doc. 22] be granted and default judgment be entered against Defendant Reva Buttram.

(2) Judgment be entered in favor of Plaintiff and against Defendant Reva Buttram in the amount of $523,963.41, plus interest accruing thereon in the amount of $235.90 *per diem*, following December 17, 2020. *See* [Doc. 23].

(3) Judgment awarding attorneys' fees and costs in favor of Plaintiff and against Defendant Reva Buttram in the amount of $14,685.00, as of April 22, 2021, for fees, expenses, and costs expended by Husch Blackwell attorneys and professionals. *See* [Doc. 24].

(4) Judgment awarding attorneys' fees and costs in favor of Plaintiff and against Defendant Reva Buttram in the amount of $3,325.26, as of May 3, 2021, for fees, expenses, and costs expended by Rose L. Brand & Associates, P.C. attorneys and professionals. *See* [Doc. 25].

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN FOURTEEN DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition, they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any written objections with the Clerk of the District Court within the 14-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**