**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**BMO HARRIS BANK N.A.,**

      **Plaintiff,**

**v.**                                       **No. 20-cv-0229 MV/SMV**

**BRENT BUTTRAM and REVA BUTTRAM,**

      **Defendants.[1]**

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION
AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed on June 2, 2021. [Doc. 27]. The Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended granting Plaintiff's Motion for Default Judgment [Doc. 22] and entering default judgment against Defendant Reva Buttram. No party has objected, and the time for doing so has passed. The Court agrees with Judge Vidmar. Default Judgment against Defendant Reva Buttram is warranted in this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 27] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment Against Defendant Reva Buttram [Doc. 22] is **GRANTED**. Default Judgment, awarding monetary damages and attorneys' fees and costs, will be entered against Defendant Reva Buttram concurrent with this order.

**IT IS SO ORDERED.**

_____
**MARTHA VÁZQUEZ
United States District Judge**

---

[1] Defendant Brent Buttram was voluntarily dismissed from this action on March 26, 2021. [Doc. 15].